No. 56539.—Maurice W. Belmuth, Inc., et al. *v.* United States, protests 168785–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.